(June 22, 1918.)

HARRY S. WORTHMAN, Appellant, v. E. J. REYNOLDS, Respondent.

[173 Pac. 751.]

APPEAL from the District Court of the Seventh Judicial District, for Gem County.   Hon. Ed. L. Bryan, Judge.

Action to remove public officer.   Judgment for defendant. *Appeal dismissed.*

Geo. F. Zimmerman and Harry S. Worthman, for Appellant.

J. P. Reed, Marvin C. Hix, Richards & Haga and Thompson & Bicknell, for Respondent.

See authorities cited in *Worthman v. Shane, ante,* p. 433.

MORGAN, J.—The facts in this case, relative to perfecting the appeal and serving and filing the transcript, are identical to those in *Worthman v. Shane, ante,* p. 433, 173, Pac. 750.   Upon authority of that case this appeal is dismissed. Costs are awarded to respondent.

Budge, C. J., and Rice, J., concur.